CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE RODRIGUEZ-RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>      vs.<br><br>JOSE RODRIGUEZ-RODRIGUEZ,<br><br>           Defendants. | Case No.: 2:16-cr-009-TLN<br><br>STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME<br><br>DATE:   April 7, 2016<br>TIME:   9:30 a.m.<br>JUDGE:  Hon. Troy L. Nunley |

   IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE RODRIGUEZ-RODRIGUEZ, that the status of counsel hearing scheduled for April 7, 2016, at 9:30 a.m. be vacated, and the current May 5, 2016 status conference be confirmed.  Defense counsel was assigned this case by the CJA panel on March 18, 2016, and appointed by this court on March 23, 2016.  IT IS FURTHER STIPULATED that time within which the trial of this case must be commenced under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be excluded from computation of time pursuant to Section 3161(h)(7)(A) and (B)(iv), (Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendant further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

04/06/16

DATED:      April 5, 2016                /S/     Jason Hitt_____
                                         BENJAMIN B. WAGNER
                                         by JASON HITT
                                         Attorney for Plaintiff


                                         /S/     Clemente M. Jiménez_____
                                         CLEMENTE M. JIMÉNEZ
                                         Attorney for Jose Rodriguez-Rodriguez


### ORDER

IT IS SO ORDERED, that the status of counsel hearing in the above-entitled matter, scheduled for April 7, 2016, at 9:30 a.m., be vacated.  Further, the presently scheduled status conference date of May 5, 2016, at 9:30 a.m., is confirmed.  The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare.  Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 6th day of April, 2016.

                                         _____
                                         Troy L. Nunley
                                         United States District Judge

04/06/16