CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for JOSE RODRIGUEZ-RODRIGUEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RODRIGUEZ-RODRIGUEZ,<br><br>Defendants. | Case No.: 2:16-cr-00009-TLN<br><br>STIPULATION AND ORDER VACATING DATE AND CONTINUING CASE<br><br>DATE: March 28, 2019<br>TIME: 9:30 a.m.<br>JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Jason Hitt, Counsel for Plaintiff, and Attorney Clemente M. Jiménez, Counsel for Defendant JOSE RODRIGUEZ-RODRIGUEZ, that the sentencing hearing scheduled for March 28, 2019, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on **May 16, 2019, at 9:30 a.m.** for judgment and sentencing. US Probation has indicated that the draft Pre-Sentence Report will be available by April 4, 2019. The parties will require additional time to review the draft report and respond accordingly. The parties propose the following briefing schedule:

Draft PSR Due:     4/4/19

Informal Objections Due:  4/18/19

Final PSR due:  4/25/19

Motion for Correction:  5/2/19

03/26/19

Reply, or Non-Opposition: 5/9/19

J&S: 5/16/19

DATED: March 26, 2019
/S/   Jason Hitt
McGREGOR SCOTT
by JASON HITT
Attorney for Plaintiff

/S/   Clemente M. Jiménez
CLEMENTE M. JIMÉNEZ
Attorney for JOSE RODRIGUEZ-RODRIGUEZ

**ORDER**

IT IS SO ORDERED, that the sentencing hearing in the above-entitled matter, scheduled for March 28, 2019, at 9:30 a.m. be vacated and the matter continued to May 16, 2019, at 9:30 a.m. for judgment and sentencing.

IT IS FURTHER ORDERED, that the schedule for disclosures be modified as proposed.

This 26th day of March, 2019

Troy L. Nunley
United States District Judge

03/26/19