IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 2:16-CR-0009 TLN |
|---|---|
| Plaintiff, | ) ORDER SEALING THE |
| v. | ) GOVERNMENT'S MOTION PURSUANT TO U.S.S.G. § 5K1.1 |
| JOSE RODRIGUEZ-RODRIGUEZ, et al, | ) |
| Defendants. | ) |

Pursuant to Local Rule 141(b) and based upon the representation contained in the Request to Seal filed by the United States, IT IS HEREBY ORDERED that the government's motion pursuant to U.S.S.G. § 5K1.1 for defendant Jose Rodriguez-Rodriguez and the Government's Request to Seal shall be SEALED until further order of this Court.

Dated: September 11, 2019

Troy L. Nunley
United States District Judge