CLEMENTE M. JIMÉNEZ, ESQ.
California State Bar Number 207136
431 I Street, Suite 102
Sacramento, CA 95814
(916) 443-8055

Attorney for Jose Rodriguez-Rodriguez

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JOSE RODRIGUEZ-RODRIGUEZ,<br><br>Defendant. | CR. No.: 16-cr-009 TLN<br><br>ORDER SEALING DOCUMENTS AS SET FORTH IN THE PARTIES' NOTICE |

Pursuant to Local Rule 141(b) and based upon the representations contained in Defendant's Request to Seal and the factors set forth in *In Re Copley Press, Inc.*, 518 F.3d 1022, 1028 (9th Cir. 2008), IT IS HEREBY ORDERED that defendant Jose Rodriguez-Rodriguez' Sentencing Memorandum and corresponding Request to Seal shall be SEALED until further order of this Court. *See also, United States v. John Doe*, 2017 WL 3996799 (9th Cir. Sept. 12, 2017)

It is further ordered that access to the sealed documents shall be limited to the United States and counsel for the defendant.

Dated: September 11, 2019

_____
Troy L. Nunley
United States District Judge